NEWMEYER & DILLION LLP
JOHN A. O'HARA, CBN 122377
John.Ohara@ndlf.com
MICHAEL J. STUDENKA, CBN 204956
Michael J. Studenka@ndlf.com
C. KENDIE SCHLECHT, CBN 190978
Kendie.Schlecht@ndlf.com
895 Dove Street, 5th Floor
Newport Beach, California 92660
(949) 854-7000; (949) 854-7099 (Fax)

Attorneys for Defendants and Counterclaimants KB HOME COASTAL INC., KB HOME SACRAMENTO INC. fka KB HOME NORTH BAY INC. fka KAUFMAN AND BROAD OF NORTHERN CALIFORNIA, INC. fka KAUFMAN & BROAD OF SACRAMENTO, INC. (erroneously sued as KB HOME CENTRAL VALLEY, INC.) and Defendant KB HOME

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation,

Plaintiffs,

vs.

KB HOME COASTAL, INC., a California Corporation; KB HOME SACRAMENTO, INC., a California corporation; KB HOME CENTRAL VALLEY, INC., a California corporation; KAUFMAN & BROAD OF SACRAMENTO, INC., a California corporation; KB HOME, a Delaware corporation; and DOES 1 through 10 inclusive,

Defendants.

AND RELATED COUNTERCLAIM.

CASE NO.: EDCV13-946 JAK (DTBx)

Assigned To District Judge John A. Kronstadt
Assigned To Magistrate Judge David T. Bristow

**JOINT WITNESS LIST**

FILE DATE: May 23, 2013
TRIAL DATE SET: October 14, 2014

////



NEWMEYER & DILLION LLP

Pursuant to the Court's Order on Court/Jury Trial (Dkt. 19) and Local Rule 16-5, the parties submit the following information regarding witnesses at trial:

- Exhibit "1": The parties joint witness list and brief summary of each witness' testimony.
- Exhibit "2": Amount of time that is expected for the testimony of each witness.

Dated: September 19, 2014

NEWMEYER & DILLION LLP

By: */s/ John A. O'Hara*
John A. O'Hara
Michael J. Studenka
C. Kendie Schlecht
Attorney for Defendants and Counterclaimants KB HOME COASTAL INC., KB HOME SACRAMENTO INC. fka KB HOME NORTH BAY INC. fka KAUFMAN AND BROAD OF NORTHERN CALIFORNIA, INC. fka KAUFMAN & BROAD OF SACRAMENTO, INC. (erroneously sued as KB HOME CENTRAL VALLEY, INC.) and Defendant KB HOME

Dated: September 19, 2014

THE AGUILERA LAW GROUP, APLC

By: */s/ Lindsee B. Falcone*
A. Eric Aguilera
Kari M. Myron
Lindsee B. Falcone
Attorneys for Plaintiffs/Counter-Defendants FIDELITY & GUARANTY INSURANCE COMPANY and TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA

NEWMEYER & DILLION LLP

## EXHIBIT "1" TO JOINT WITNESS LIST
## JOINT WITNESS LIST AND BRIEF DESCRIPTIONS OF TESTIMONY

| KB Witnesses | Brief Description of Testimony |
|---|---|
| David B. Simons | As General Counsel for KB, Mr. Simons is expected to testify regarding the facts of the underlying construction defect action (Collins) that this insurance litigation arises. He will testify as to KB's tender to Travelers and the expectations as the insured as to Travelers' duty to provide a full and complete, conflict-free, and immediate defense. He will testify regarding Travelers' breaches of those duties and the damages incurred by KB as a result of those breaches. He will testify as to KB's corporate status and its custom and practice on residential construction projects and the role of additional insured obligations to the insured. He will testify regarding Travelers' pattern and practice of denying such benefits to KB as an insured, Clapp's disqualifying conflicts of interest in defending KB, as well as multiple examples of Travelers' despicable conduct. Mr. Simons will further testify about the fees incurred in pursuing KB's policy benefits (Brandt fees). |
| Thomas Olsen | As counsel for KB, Mr. Olsen will testify regarding his communications with Travelers with respect to KB's tender of the underlying Collins action, to include Travelers' refusal to consider his firm for assignment. Mr. Olsen will testify about his firm's history with Travelers. Mr. Olsen will also testify as to the defense fees (damages) and allocation in the underlying Collins matter. |
| Gene Witkin | As coverage counsel for KB, Mr. Witkin is expected to testify as to his discovery of Clapp's conflict in representing KB in Collins, a conflict arising out of the Maxion matter. Mr. Witkin will also testify to his correspondence with Travelers' representatives and Clapp attorneys related to Clapp's conflict and Travelers' |

| | |
|---|---|
| | refusal to reconsider its appointment of the Clapp firm. Mr. Witkin will testify about his knowledge and experiences with Travelers' pattern and practice of improperly denying its insureds the benefits of their policies. |
| Adrienne Nordstrom | As panel counsel assigned by Travelers to represent KB in the Collins matter, Ms. Nordstrom will testify about her initial engagement by Travelers to potentially defend KB in the Collins matter, including her communications with Travelers' representatives related to the same. Ms. Nordstrom will testify about her firm's history as one of Travelers' panel counsel, and their obligations and expectations related to the same. Ms. Nordstrom will testify about her firm's actual and potential conflicts related to its potential representation of KB in the Collins matter, and the steps taken to disclose those conflicts to KB and Travelers. Ms. Nordstrom will testify regarding the actions taken by her and her firm on behalf of Travelers (monitoring counsel). She will also testify as to the agency relationship with Travelers. |
| Debbie Taylor (video) | Portions of Ms. Taylor's videotaped deposition will be played for the jury. Specifically, the jury will view her testimony related to her claims handling as a named insured adjuster and proper settlement procedures for the same, as well as the policies and training she's received as an employee of Travelers related to the same. |
| Marie Ciechanowski (video) | Portions of Ms. Ciechanowski's videotaped deposition will be played for the jury. Specifically, the jury will view her testimony related to her supervision of Debbi Payne's work as the claims handler (additional insured) on the West Coast Countertops claim in the Collins matter and her assessment of the actions taken by Ms. Payne in engaging Clapp as panel counsel in the underlying case. |
| Ellen Peck | Ms. Peck is an expert witness prepared to offer opinions regarding Clapp's actual and potential conflicts of interest |

| | |
|---|---|
| | that disqualified the firm from representing KB in the Collins matter, as well as Clapp's breach of fiduciary duties to KB related to conflict management both before and after its appointment, all as described in her expert reports and deposition testimony. |
| Charles Henderson | Mr. Henderson is an expert witness prepared to offer opinions regarding Travelers' mishandling of the claims process in the underlying Collins matter. He will testify that Travelers breached the duty of good faith and fair dealing and were unreasonable in failing to comply with the accepted insurance industry standards, practices and procedures, all as described in his expert report and deposition testimony. |
| Andre Jardini | Mr. Jardini is an expert witness prepared to offer opinion testimony concerning the reasonableness of the fees incurred in the instant action, and an allocation of said fees (recoverable and non-recoverable) pursuant to Brandt v. Superior Court, all as described in his expert report and deposition testimony. |
| **Travelers Witnesses** | **Brief Description of Testimony** |
| Debbi Payne | Ms. Payne will testify to KB Home's tender of the Collins action, her acknowledgement and investigation of that tender, her acceptance of that tender, and her efforts to appoint counsel to defend KB Home in the underlying action. Ms. Payne will further testify to her communications with Ms. Nordstrom of Clapp Moroney and that Ms. Nordstrom at no time communicated to Ms. Payne that a conflict prevented her firm from accepting the defense of KB Home. Finally, Ms. Payne will testify to the fees and costs incurred in the defense of the Collins action that she paid on behalf of KB Home. |
| Richard Carrillo | Mr. Carrillo will testify to the requirements of the policy as to coverage, Travelers' rights under the policies, including the right to appoint counsel, and KB Home's duties to cooperate under the policies. Mr. Carrillo will further testify to the settlement entered into between |

| | |
|---|---|
| | Travelers and the plaintiff homeowners settling all potential liability of West Coast Countertops and all derivative liability of KB Home arising therefrom. |
| Richard Harris | Mr. Harris will testify to the bills incurred and the payments made in the Collins action. Mr. Harris will further testify that he was directed to reallocate the billing so that Travelers went from having a credit to owing money and Everest went from owing money to having a credit. Mr. Harris will further confirm the total payments made in the Collins action. |
| Christine Noriega | Ms. Noriega or another representative of Everest will testify that Everest accepted the defense of KB Home in the Collins action pursuant to policies of insurance issued to Everest's insured. Ms. Noriega will further testify that Everest has made defense payments on behalf of KB Home for the defense of the Collins action. Finally, Ms. Noriega will testify that Everest at no time refused to make payments in defense of the Collins action and has in fact paid all outstanding defense fees and costs in the action. |
| Jacqueline Vinaccia | Ms. Vinaccia will testify at to Brandt fees only if KB Home's motion for reconsideration is granted. |
| John Cole | Mr. Cole will testify as to standard industry practices regarding appointing attorneys and to rebut any testimony of Charles Henderson. |
| Carol Langford | Ms. Langford will testify as to conflict issues and rebut any testimony of Ellen Peck. |
| **Potential Witnesses** | **Brief Description of Testimony** |
| Rochelle Ware * | Ms. Ware will testify regarding her supervision of Debbi Payne's work as the claims handler (additional insured) on the West Coast Countertops claim in the Collins matter and her assessment of the actions taken by Ms. Payne in engaging Clapp as panel counsel in the underlying case. |
| Pamela Colouris * | Ms. Colouris will testify about the claims handling process, conflict check procedures, training received from |

| | |
|---|---|
| | Travelers, the Maxion and Aldrich conflicts of interest, and the actions taken by Ms. Payne in engaging Clapp as panel counsel in the underlying case. |
| Jennifer Wilhelmi * | Ms. Wilhelmi as to her firm's appointment by Travelers to represent KB and the various conflicts of interest that have arisen with said representation. Additionally, she will testify about her correspondence with Travelers' and KB's representatives related to the same. |
| Donald Shaw * | Mr. Shaw will testify about the negotiation of the alleged settlement reached by Travelers and Plaintiffs' counsel in the underlying Collins matter, and other settlement negotiations in other construction defect cases involving Travelers as an additional insurer. |
| Joe Ferrentino * | Mr. Ferrentino will testify about Travelers' pattern and practice behavior of bad faith behavior relating to residential builders that tender to Travelers for additional insured coverage. |
| Chris Carucci * | Mr. Carucci will testify as to Everest's unwillingness to pay 100% of KB's defense in the Collins matter given Travelers' improper refusal to contribute to the defense. |
| Steve Robe * | Mr. Robe will testify as to Everest's unwillingness to pay 100% of KB's defense in the Collins matter given Travelers' improper refusal to contribute to the defense. |
| Scott Diaz * | As counsel of record for KB in the Maxion action, Mr. Diaz will testify regarding Clapp's involvement as counsel for an adverse subcontractor in the Maxion case. Mr. Diaz will testify about his firm's history with Travelers and Clapp. |
| Bret Sisney * | Mr. Sisney will testify about Travelers' vindictive firing of one of Newmeyer & Dillion's attorney's brother. |
| Tim Kane * | Mr. Kane will testify as a president of another general contractor additional insured that has personal experience |

| | |
|---|---|
| | with Travelers' pattern and practice behavior with other additional insured, all as evidence of an overall scheme to discourage tenders to Travelers by additional insureds. |
| Sue Scouton * | As counsel for KB, Ms. Scouton is expected to testify regarding the facts of the underlying construction defect action (Collins) that this insurance litigation arises. She will testify as to KB's tender to Travelers and the expectations as the insured as to Travelers' duty to provide a full and complete, conflict-free, and immediate defense. She will testify regarding Travelers' breaches of those duties and the damages incurred by KB as a result of those breaches. She will testify regarding Travelers' pattern and practice of denying such benefits to KB as an insured, as well as multiple examples of Travelers' despicable conduct. She will further testify about the fees incurred in pursuing KB's policy benefits (Brandt fees), as well as the allocation of defense costs among additional insureds. |

**EXHIBIT "2" TO JOINT WITNESS LIST**

**TIME ESTIMATED FOR TESTIMONY**

| Name of Witness | Est. Time Direct | Est. Time Cross | Est. Time Re-Direct | Est. Time Re-Cross | Total Time for Witness |
|---|---|---|---|---|---|
| **KB Witnesses** | | | | | |
| David B. Simons | 3 | .75 | .5 | .25 | 4.5 |
| Thomas Olsen | 1 | .5 | .25 | 0 | 1.75 |
| Gene Witkin | 1 | .5 | .25 | .25 | 2 |
| Adrienne Nordstrom | 2.5 | .5 | .5 | .25 | 3.75 |
| Debbie Taylor (video) | .5 | 0 | 0 | 0 | .5 |
| Marie Ciechanowski (video) | .5 | 0 | 0 | 0 | .5 |
| Ellen Peck | 2 | .5 | .5 | .25 | 3.25 |
| Charles Henderson | 2 | .5 | .5 | .25 | 3.25 |
| Andre Jardini | 1 | .5 | .25 | 0 | 1.75 |
| **Travelers Witnesses** | | | | | |
| Debbi Payne | .5 | 1 | .5 | .5 | 2.5 |
| Richard Carrillo | .5 | 1 | .25 | .25 | 2.0 |
| Richard Harris | .5 | .5 | 0 | 0 | 1 |
| Christine Noriega | .5 | .5 | .25 | .25 | 1.5 |
| Jacqueline Vinaccia | .5 | .75 | .25 | .25 | 1.75 |
| John Cole | .75 | 1.5 | .25 | .25 | 2.75 |
| Carol Langford | .75 | 1.5 | .25 | .25 | 2.75 |
| | | | | | |

| **Potential Witnesses** | | | | | |
|---|---|---|---|---|---|
| Rochelle Ware * | .5 | .5 | 0 | 0 | 1 |
| Pamela Colouris * | .5 | .5 | 0 | 0 | 1 |
| Jennifer Wilhelmi * | .5 | .5 | 0 | 0 | 1 |
| Donald Shaw * | .5 | .5 | 0 | 0 | 1 |
| Joe Ferrentino * | .5 | .5 | 0 | 0 | 1 |
| Chris Carucci * | .5 | .5 | 0 | 0 | 1 |
| Steve Robe * | .5 | .5 | 0 | 0 | 1 |
| Scott Diaz * | .5 | .5 | 0 | 0 | 1 |
| Bret Sisney * | .5 | .5 | 0 | 0 | 1 |
| Tim Kane * | .5 | .5 | 0 | 0 | 1 |
| Sue Scouton * | .5 | .5 | 0 | 0 | 1 |
| TOTAL ALL WITNESSES | | | | | 46.5 |
| TOTAL EXCLUDING WITNESSES WITH ASTERISK | | | | | 35.5 |

**CERTIFICATE OF SERVICE**

*FIDELITY & GUARANTY INS. CO. v. KB HOME COASTAL, INC., et al.*
USDC Case No. EDCV13-946 JAK (DTBx)

STATE OF CALIFORNIA )
) ss.
COUNTY OF ORANGE )

I, Dee Novoa, declare:

I am a citizen of the United States and employed in Orange County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 895 Dove Street, 5th Floor, Newport Beach, California 92660. On September 19, 2014, I served a copy of the within document(s):

**JOINT WITNESS LIST**

☒ (BY CM/ECF SYSTEM – VIA NOTICE OF ELECTRONIC FILING ("NEF") I certify that on the date referenced above, I electronically transmitted the document(s) listed for submission to the United States District Court Central District, Southern Division, using the ECF System required for filing and transmission of Electronic Notices to the ECF registrants/recipients registered with the United States District Court Central District at the e-mail address(es) set forth below.

| | |
|---|---|
| The Aguilera Law Group, APLC | Tel: (714) 384-6600 |
| A. Eric Aguilera, Esq. | Fax: (714) 384-6601 |
| Lindsee B. Falcone, Esq. | Email: eaguilera@aguileragroup.com |
| Adam A. Wright, Esq. | lfalcone@aguileragroup.com |
| 650 Town Center Drive, Ste. 100 | awright@aguileragroup.com |
| Costa Mesa, CA 92626 | |

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 19, 2014, at Newport Beach, California.

*/s/ Dee Novoa*