**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION**

| | |
|---|---|
| FIDELITY & GUARANTY INSURANCE COMPANY, an Iowa corporation, TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, a Connecticut corporation, | Case No.  5:13-cv-00946 JAK (DTBx) |
| Plaintiff, | Assigned To District Judge John A. Kronstadt |
| | Assigned To Magistrate Judge David T. Bristow |
| v. | **JUDGMENT** |
| KB HOME COASTAL, INC., et al | **JS-6** |
| Defendant. | FILE DATE:          May 23, 2013 |
| _____ | |
| AND RELATED COUNTERCLAIM | |

The Court having granted in part the Motion for Partial Summary Judgment filed by Plaintiffs and Cross-Defendants Fidelity And Guaranty Insurance Company and Travelers Property Casualty Company of America (collectively, "Travelers") against defendants and cross-complainants KB Home Coastal, Inc., KB Home Sacramento, Inc., KB Home Central Valley, Inc., Kaufman & Broad of Sacramento and KB Home (collectively "KB Home"). Specifically, this Court granted Travelers'

1  motion as to KB Home's cause of action for breach of the covenant of good faith and

2  fair dealing as well as Travelers' and KB Home's causes of action for declaratory

3  relief regarding the issue of KB Home's entitlement to independent counsel.

4      Travelers' remaining causes of action for equitable reimbursement and breach

5  of contract and KB Home's remaining cause of action for breach of contract were

6  dismissed without prejudice on May 15, 2015. As such, all claims in the action have

7  been disposed of.

8      NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED that

9  judgment is entered in favor of Travelers, and against KB Home on KB Home's cause

10  of action for Breach of the Covenant of Good Faith And Fair Dealing as well as KB

11  Home's and Travelers' cause of action for declaratory relief regarding the right to

12  independent counsel; that KB Home shall take nothing from Travelers; and that

13  Travelers may recover an award of costs, in an amount to be determined, following

14  the filing of the appropriate application and the consideration of any objections.

15

16

17  Dated: June 11, 2015

18      JOHN A. KRONSTADT
        United States District Judge

19

20

21

22

23

24

25

26

27

28